UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| PEGGY ANN SCHAEFFER SPOTTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:03-529-JMH |
| | ) | (consolidated with |
| | ) | Civil Action No. 5:05-225-JMH) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

The parties having stipulated to the dismissal with prejudice of their respective claims and defenses in this quiet title action pursuant to Fed. R. Civ. P. 42(a)(1)(ii)[Record No. 80],

**IT IS HEREBY ORDERED,**

(1) that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE,** each party to bear its or her own litigation costs and attorney's fees;

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT;**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY;**

(4) That this action be, and the same hereby is, **STRICKEN FROM THE ACTIVE DOCKET;** and

(5)   That the Clerk shall **FILE** a copy of this order in both Lexington Civil Action No. 03-529-JMH and 05-225-JMH.

This the 4th day of December, 2007.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge